I hereby attest and certify on 11/29/07 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ Deputy



UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIANO RIOS, | 1:07-CV-01643 LJO GSA HC |
| Petitioner, | |
| vs. | ORDER OF TRANSFER |
| EDMUND G. BROWN JR., | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

The instant matter was erroneously transferred to the Eastern District of California. In its order transferring the action, the Southern District found that Petitioner is challenging a judgment of conviction, in which case this Court would be the proper forum since Petitioner was convicted in Tulare

1  County. However, in this case, Petitioner is not challenging the underlying conviction. He is challenging
2  the outcome of a disciplinary hearing in which Petitioner was found guilty of manufacturing alcohol.
3  Where "the petition is directed to the manner in which a sentence is being executed, e.g., if it involves
4  parole or time credits claims, the district of confinement is the preferable forum." Meador v. Cal. Dept.
5  of Corr., 2003 WL 21910917 *1 (N.D.Cal.), citing Dunne v. Henman, 875 F.2d 244, 249 (9th Cir.1989);
6  Braden v. 30th Judicial Circuit Court, 410 U.S. 484, 497 (1973); In re Phelon, 2002 WL 31618536, *1
7  (N.D. Cal.); Thomas v. Hepburn, 2001 WL 505916, *1 (N.D.Cal.); McKnight v. Forman, 1997 WL
8  50267, *1 (N.D. Cal.). Petitioner is incarcerated at Centinela State Prison in Imperial, California, which
9  is within the jurisdictional boundaries of the Southern District of California. See 28 U.S.C. § 84(b). Any
10 and all records, witnesses and evidence necessary for the resolution of Petitioner's contentions are
11 available in Imperial County. Braden, 410 U.S. 497, 499 n.15. Therefore, in the interest of justice the
12 petition will be transferred to the United States District Court for the Southern District of California. 28
13 U.S.C. §§ 1404(a) and 2241(d).

14     Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States
15 District Court for the Southern District of California.

16     IT IS SO ORDERED.

17 Dated: __November 26, 2007__     _____/s/ Gary S. Austin_____
                                    UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

Clerk, Southern District of California
880 Front Street, Room 4290
San Diego, CA 92101

RE:           MAXIMILIANO RIOS vs. V. M. ALMAGER
USDC No.:     1:07-CV-01643-LJO-GSA

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated November 29, 2007 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 5.**

   Documents maintained electronically by the district court are accessible through
   PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

                           Very truly yours,

**November 29, 2007**          /s/ **E. Flores**
                           _____
                           Deputy Clerk

RECEIVED BY:    R. Mullin
                _____
                Please Print Name

DATE RECEIVED:  12/4/2007
                _____

NEW CASE
NUMBER:         07CV2071 W(NLS)
                _____

CLOSED, HABEAS, IFP_PENDING

# U.S. District Court
## Eastern District of California - Live System (Fresno)
## CIVIL DOCKET FOR CASE #: 1:07-cv-01643-LJO-GSA
### Internal Use Only

(HC) Rios v. Almager
Assigned to: District Judge Lawrence J. O'Neill
Referred to: Magistrate Judge Gary S. Austin
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 11/14/2007
Date Terminated: 11/29/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**
**Maximiliano Rios**           represented by   **Maximiliano Rios**
P-17702
CSP-CEN1
Centinela State Prison
P O Box 931
Imperial, CA 92251
PRO SE

I hereby attest and certify on 11/29/07 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ Deputy

V.

**Respondent**
**V. M. Almager**
*Warden*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/29/2007 | 5 | ORDER, CASE TRANSFERRED to District of CA/Southern. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED signed by Judge Gary S. Austin on 11/26/2007. (Flores, E) (Entered: 11/29/2007) |
| 11/19/2007 |   | (Court only) ***STAFF NOTE: Case Screened, Order granting IFP submitted to GSA/cd. (Flores, E) (Entered: 11/19/2007) |
| 11/19/2007 |   | SERVICE BY MAIL: 2 Petition for Writ of Habeas Corpus, 4 Prisoner New Case Documents served on Maximiliano Rios. (Flores, E) (Entered: 11/19/2007) |
| 11/19/2007 | 4 | PRISONER NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent Forms) (Flores, E) (Entered: 11/19/2007) |
| 11/14/2007 | 3 | MOTION to PROCEED IN FORMA PAUPERIS by Maximiliano Rios. (Flores, E) (Entered: 11/19/2007) |

| | | |
|---|---|---|
| 11/14/2007 | 2 | PETITION for WRIT of HABEAS CORPUS by Maximiliano Rios. (Flores, E) (Entered: 11/19/2007) |
| 11/14/2007 | 1 | CASE TRANSFERRED IN from District of Southern Califoria; Case Number 3:07cv2071-W-NLS. Original file certified copy of transfer order and docket sheet received. (Flores, E) (Entered: 11/19/2007) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Sacramento Clerk's Office
501 "I" Street, Suite 4-200
Sacramento, CA 95814
916-930-4000

Fresno Clerk's Office
2500 Tulare Street, Suite 1501
Fresno, CA 93721
559-499-5600

November 19, 2007

Case Number: 1:07-CV-01643-LJO-GSA

Case Title: MAXIMILIANO RIOS, vs. V. M. ALMAGER,

Dear Litigant,

You are hereby notified that the above case number has been assigned to your action. You are to include it on all correspondence (e.g., letters, filings, and inquiries) sent to the court. Failure to do so results in delayed processing of your documents.

All matters in this action shall be sent to the following address until further notice:

Office of the Clerk
United States District Court
Eastern District of California
2500 Tulare Street, Suite 1501
Fresno, CA 93721

For timely processing of your filings or correspondence, please comply with our Local Rules of Court, in particular:

**Local Rule 5-133 (modified)** You are **not** required to send this court an original plus one copy of all documents submitted for filing (e.g., pleadings, motions, correspondence, etc.). You are **only** required to send this court the original for filing. **No** extra copies are required. **However**, if you desire to receive a conformed copy for your records, you must send the original **plus** one (1) copy **and** a pre-addressed postage-paid envelope for us to return your copy to you.

**Local Rules 30-250, 33-250, 34-250 and 36-250** Discovery requests or responses should not be submitted to the court unless they are relevant and necessary to support or oppose a motion at issue before the court.

**Local Rule 5-135** Once the defendant(s) have served a responsive pleading, you are under an ongoing duty to serve them with copies of all documents you submitted to the court. A proof of service shall be attached to the original of any document lodged or filed with the court, showing the date, manner and place of service. A sample proof of service is attached.

**Local Rule 7-130 (modified)** Documents submitted to this court may be either typewritten **or** handwritten but **must** be legible, and writing shall be on one (1) side of the page **only**.

**Local Rule 7-132** Every document submitted to the court must include your name, address and prisoner identification number in the upper left hand corner of the first page.

**Local Rules 83-182** Each party appearing in propria persona is under a continuing duty to notify the Clerk and all other parties of any change of address by filing separate notice; absent such notice, service at prior address shall be fully effective. A sample Notice of Change of Address form is attached.

**Other Provisions:**
A complete copy of the Local Rules should be available in the prison library. We do not provide individual copies to litigants.

**Request for Case Status** The court will notify you as soon as any action is taken in your case. Due to the large number of civil actions pending before the court, THE CLERK IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRES REGARDING THE STATUS OF YOUR CASE. As long as you keep the court apprised of your current address, you will receive **all** court decisions which might affect the status of your case.

**Copy Work** The Clerk's Office does not provide copies of documents to parties. Copies of documents may be obtained from the Attorney's Diversified Service (ADS) by writing to them at: 741 N. Fulton Street, Fresno CA 93728, or by phoning 800-842-2695. The court will provide copies of docket sheets at $0.50 per page. Note: In Forma Pauperis status does not include the cost of copies.

**Proposed Orders** Parties are not required to submit a proposed order when filing a motion. If a proposed order is submitted, the court may disregard the order and prepare its own order.

As noted, the requirements set forth in Local Rule 5-135 and 7-130 have been modified in this letter. These modifications apply to civil rights and habeas cases filed in the Fresno Division of the Eastern District of California by prisoners proceeding pro se (without counsel).

                                      Victoria C. Minor
                                      Clerk of Court
                                      United States District Court

                              by: /s/ E. Flores

                                  Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

_____

v.                                                              Case Number:

_____

                                                                PROOF OF SERVICE

_____ /


I hereby certify that on _____, I served a copy

of the attached _____,

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter

listed, by depositing said envelope in the United States Mail at

_____:

(List Name and Address of Each
Defendant or Attorney Served)




I declare under penalty of perjury that the foregoing is true and correct.


                                        _____

                                        (Signature of Person Completing Service)

Name:_____

I.D. #:_____

Address _____

_____

_____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

_____
(Plaintiff/Petitioner)

v.

_____
(Defendant(s)/Respondent)

Case Number:

NOTICE OF CHANGE
OF ADDRESS

_____ /

**PLEASE TAKE NOTICE THAT** (print name) _____

hereby submits a notice of change of address in the above – entitled case as follows:

OLD ADDRESS: _____

_____

NEW ADDRESS: _____

_____

DATED: _____        _____
                                                                    Signature of Plaintiff/Petitioner

**YOU MUST FILE AN ORIGINAL CHANGE OF ADDRESS FORM IN EACH OF YOUR OPEN CASES**

## NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS

You are hereby notified in accordance with 28 U.S.C §636(c), F.R.Civ.P.73 and Local Rule 73-305, the United States Magistrate Judges sitting in Sacramento and Fresno are available to exercise the court's case dispositive jurisdiction and to conduct any or all case despositive proceedings in this action, including motions to dismiss, motions for summary judgment, a jury or nonjury trial, and entry of a final judgment.  Exercise of this jurisdiction by a Magistrate Judge is however, permitted only if all parties voluntarily consent.  You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's case dispositive jurisdiction from being exercised by a Magistrate Judge.

Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeals for the Ninth Circuit or, where appropriate, for the Federal Circuit in the same manner as an appeal from any other judgment of a District Court.

Whether or not the parties consent to pursuant to 28 U.S.C. § 636(c) the assigned Magistrate Judge will hear all motions except those case dispositive motions set forth in 28 U.S.C. § 636(b)(1)(A).

A copy of the Form for "Consent to / Decline of Jurisdiction of United States Magistrate Judge" is attached hereto for pro per use and attorney information.  This form is available in fillable .pdf format on the court's web site at www.caed.uscourts.gov for all attorney ECF filers. This form may be filed through CM/ECF or by pro se litigants at the appropriate Clerk's Office location.

Office of the Clerk

501 I Street, Room 4-200

Sacramento, CA 95814

Office of the Clerk

2500 Tulare Street , Suite 1501

Fresno, CA 93721

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MAXIMILIANO RIOS,
Plaintiff(s)/Petitioner(s),

vs.

CASE NO. 1:07-CV-01643-LJO-GSA

V. M. ALMAGER,
Defendant(s)/Respondents(s).

**IMPORTANT**
**IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.**

☐ **CONSENT** TO JURISDICTION OF
UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: _____      Signature: _____

Print Name: _____
( ) Plaintiff/Petitioner  ( ) Defendant/Respondent
( ) Counsel for *_____

☐ **DECLINE** OF JURISDICTION OF
UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but hereby declines to consent.

Date: _____      Signature: _____

Print Name: _____
( ) Plaintiff/Petitioner  ( ) Defendant/Respondent
( ) Counsel for *_____

*If representing more than one party, counsel must indicate name of each party responding.*