

UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 150608      — MB

May 07, 2008
10:40:59

Habeas Corpus
USAO #.: 07CV2071 HABEAS CORPUS
Judge..: THOMAS J WHELAN
Amount.:                    $5.00 CK
Check#.: BC189-069388

Total-> $5.00

FROM: MAXIMILIANO RIOS VS
      VICTOR ALMAGER, WARDEN