# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIANO RIOS,<br><br>　　　　Plaintiff,<br>v.<br>V.M. ALMAGER, Warden,<br><br>　　　　Defendants. | Civil No.07cv2071 W (NLS)<br><br>**ORDER TO SHOW CAUSE WHY MOTION TO DISMISS SHOULD NOT BE GRANTED** |

Petitioner initially filed a petition for writ of habeas corpus in this Court on October 24, 2007. The case was then transferred to the Eastern District of California, but that transfer was in error. The case returned to this Court, and Petitioner filed his first amended petition on May 1, 2008. The Court ordered that a motion to dismiss be filed by June 23, 2008 or that an answer be filed by July 7, 2008. Respondent filed a motion to dismiss. Petitioner's opposition was due July 14, 2008. As of the date of this Order, Petitioner has not filed an opposition.

Accordingly, the Court **ORDERS** Petitioner to file a declaration no later than ***August 22, 2008*** showing cause why he has not complied with this Court's May 8, 2008 Order, and why his failure to file an opposition to the motion to dismiss should not constitute a consent to the granting of the motion pursuant to local civil rule 7.1(f)(3)(c). **IT IS SO ORDERED.**

DATED: July 22, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Nita L. Stormes
　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge