# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**

2008 JUL 30 AM 9:25

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: ☐ U.S. DISTRICT JUDGE / ☒ U.S. MAGISTRATE JUDGE  Storms
FROM: R. Mullin, Deputy Clerk
RECEIVED DATE: 7/25/2008
CASE NO.: 07cv2071 W (NLS)   DOCUMENT FILED BY: Petitioner
CASE TITLE: Rios v. Almager, et al
DOCUMENT ENTITLED: Motion for Relief from Order

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| X | 5.1 | **Missing time and date on motion and/or supporting documentation** |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| X | 7.1 or 47.1 | **Lacking memorandum of points and authorities in support as a separate document** |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| ☐ |  | OTHER: |

Date forwarded: 7/28/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed nunc pro tunc to date received.

☐ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: **NITA L. STORMES**

Dated: 7/29/08         By: LC1
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]