Maximiliano Rios, P-17702
Centinela State Prison
P.O. Box 931 - D3-126L
Imperial, CA 92251-0931

FILED

2008 JUL 30 AM 9:25

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

In Pro Se

**NUNC PRO TUNC**
**JUL 25 2008**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIANO RIOS,<br><br>      Petitioner,<br><br>v.<br><br>VICTOR M. ALMAGER, Warden,<br><br>      Respondent. | Case No. 07 cv 2071-W (NLS)<br><br>MOTION FOR RELIEF FROM ORDER<br><br>No Hearing Required<br><br>Hon. Nita L. Stormes<br>United States Magistrate Judge |

On October 24, 2007, Petitioner, MAXIMILIANO RIOS, proceeding pro se, filed a Petition for Writ of Habeas Corpus (hereinafter "Petition") pursuant to 28 U.S.C. § 2254, challenging the legality of a prison disciplinary hearing at Centinela State Prison in Imperial, California.

On February 28, 2008, the Court dismissed Petitioner's Petition without prejudice for failure to state a cognizable federal claim.

On April 25, 2008, Petitioner filed a First Amended Petition pursuant to the Court's order of February 28, 2008.

On May 8, 2008, the Honorable Nita L. Stormes, United States Magistrate Judge, to whom this action was assigned, ordered a response to the Petition.



-2-

On June 23, 2008, Respondent, by and through his attorney, filed a Motion to Dismiss the Petition.

In its May 8, 2008 Order, the Court stated: "If Respondent files a motion to dismiss, Petitioner shall file his opposition, if any, to the motion no later than July 14, 2008." (Order of May 8, 2008 at p. 2).

Petitioner hereby respectfully moves this Court for relief from the Order of May 8, 2008, as a result of mistake, inadvertence and excusable neglect on the part of Petitioner. This motion is made for good cause, as set forth in the attached declaration.

DATED: 7/23/08

Respectfully submitted,

*Maximiliano Rios*
Maximiliano Rios
Petitioner
In Pro Se

## DECLARATION OF MAXIMILIANO RIOS

I, MAXIMILIANO RIOS, hereby declare as follows:

1. I am the Petitioner in the above-entitled matter.

2. The Opposition to Respondent's Motion to Dismiss was due approximately on or before July 14, 2008.

3. I am a layman to the laws governing our society, and as a result of being comparatively illiterate, possessing the equivalent of a Fourth (4th) grade American educational background, as well as requiring the assistance of an interpreter, I misinterpreted the Court's Order of May 8, 2008.

4. As a result of mistake, inadvertence and excusable neglect, I was under the impression that I had until August 7, 2008, by which to respond to Respondent's Motion to Dismiss, as stated on page 3 of the Court's Order of May 8, 2008, which I have apparently misunderstood.

5. I do not possess the knowledge to adequately articulate, present or properly defend the issues cited within the Petition in a contentious manner. Had it not been for the legal assistance of a fellow prisoner, I would not have discovered my misinterpretation of the Court's May 8, 2008 Order.

6. Furthermore, I have no lexis access, but a prison law library which is suitable for only ten to fifteen (10-15) prisoners at a time for up to three (3) hours, that is, when there is no lockdown periods, which occur frequently. Even so, the law library in its full capacity is not equipped for this layman to the law to contend with a group of experienced lawyers, who on a daily basis, whet their swords to engage in legal battles.

7. I have made it this far in litigation with the assistance of a fellow prisoner, who has since been transferred to another prison, and correspondence between prison inmates is prohibited.

As a result of the complexity of the present legal issues, coupled with the fact that I am not equipped with new case law, and my misinterpretation of the Court's May 8, 2008 Order, which are major factors concerning the legal issues, I humbly request this Honorable Court grant me relief from the Order of May 8, 2008, and accept my Opposition to Respondent's Motion to Dismiss the Petition.

DATED: 7/23/08

Respectfully submitted,

*Maximiliano Rios*
Maximiliano Rios
Petitioner
In Pro Se

DECLARATION OF SERVICE BY MAIL

CASE NAME: <u>MAXIMILIANO RIOS v. VICTOR M. ALMAGER, Warden</u>

CASE NO.: <u>07 cv 2071-W (NLS)</u>

I am over 18 years of age, and a party to the within action. My address is Post Office Box 931 - D3-126L, Imperial, California 92251-0931.

On <u>7/23/08</u>, I served a copy of the attached "<u>Motion For Relief From Order</u>," on the below-named person by placing a true copy thereof in an envelope addressed as follows, with the postage thereon fully prepaid, and delivering the sealed envelope to the proper institution (prison) official for deposit in the United States Mail at Imperial, California:

OFFICE OF THE ATTORNEY GENERAL
Attn: Kathleen R. Frey, DAG
110 West A Street, Suite 1100
San Diego, California 92101

Executed under penalty of perjury under the laws of the State of California on <u>7/23/08</u>, at Centinela State Prison in Imperial, California, County of Imperial.

*Maximiliano Rios*
Maximiliano Rios
Declarant