Maximiliano Rios, P-17702
Centinela State Prison
P.O. Box 931 - D3-126L
Imperial, CA 92251-0931

FILED

2008 JUL 30 AM 9: 25

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

In Pro Se

NUNC PRO TUNC
JUL 2 5 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIANO RIOS,<br><br>                    Petitioner,<br><br>    v.<br><br>VICTOR M. ALMAGER, Warden,<br><br>                    Respondent. | Case No. 07 cv 2071-W (NLS)<br><br>OPPOSITION TO RESPONDENT'S<br>MOTION TO DISMISS PETITION<br><br>Hon. Nita L. Stormes<br>United States Magistrate Judge |

On October 24, 2007, Petitioner, MAXIMILIANO RIOS, proceeding pro se, filed a Petition for Writ of Habeas Corpus (hereinafter "Petition") pursuant to 28 U.S.C. § 2254, challenging the legality of a prison disciplinary hearing at Centinela State Prison in Imperial, California.

On February 28, 2008, the Court dismissed Petitioner's Petition without prejudice for failure to state a cognizable federal claim.

On April 25, 2008, Petitioner filed a First Amended Petition pursuant to the Court's order of February 28, 2008.

On May 8, 2008, the Honorable Nita L. Stormes, United States Magistrate Judge, to whom this action was assgined, ordered a response to the Petition.

On June 23, 2008, Respondent, by and through his attorney, filed a Motion to Dismiss the Petition.

Petitioner hereby submits this Opposition to Respondent's Motion to Dismiss the Petition. This Opposition is based on the accompanying Memorandum of Points and Authorities, and on the pleadings filed in this action.

WHEREFORE, Petitioner respectfully requests this Court to issue an order requiring Respondent to answer the claims raised in the Petition.

DATED: 7/23/08

Respectfully submitted,

Maximiliano Rios
Maximiliano Rios
Petitioner

In Pro Se

## DECLARATION OF SERVICE BY MAIL

**CASE NAME:** MAXIMILIANO RIOS v. VICTOR M. ALMAGER, Warden

**CASE NO.:** 07 cv 2071-W (NLS)

I am over 18 years of age, and a party to the within action.  My address is Post Office Box 931 - D3-126L, Imperial, California 92251-0931.

On 7/23/08 , I served a copy of the attached "Opposition To Respondent's Motion To Dismiss The Petition," on the below-named person by placing a true copy thereof in an envelope addressed as follows, with the postage thereon fully prepaid, and delivering the sealed envelope to the proper institution (prison) official for deposit in the United States Mail at Imperial, California:

OFFICE OF THE ATTORNEY GENERAL
Attn: Kathleen R. Frey, DAG
110 West A Street, Suite 1100
San Diego, California 92101

Executed under penalty of perjury under the laws of the State of California on 7/23/08 , at Centinela State Prison in Imperial, California, County of Imperial.

Maximiliano Rios
Maximiliano Rios
Declarant