Maximiliano Rios, P-17702
Centinela State Prison
P.O. Box 931 - D3-126L
Imperial, CA 92251-0931

FILED

2008 JUL 30  AM 9:25

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

NUNC PRO TUNC

JUL 25 2008

In Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

MAXIMILIANO RIOS,

                    Petitioner,

    v.

VICTOR M. ALMAGER, Warden,

                    Respondent.

Case No. 07 cv 2071-W (NLS)

MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT
OF OPPOSITION TO MOTION
TO DISMISS THE PETITION

Hon. Nita L. Stormes
United States Magistrate Judge

## TABLE OF CONTENTS

PAGE

TABLE OF CONTENTS                                           i

TABLE OF AUTHORITIES                                       ii

INTRODUCTION                                                2

SUMMARY OF RELEVANT FACTS                                   2

ARGUMENT                                                    2

      PETITIONER DOES ALLEGE A COGNIZABLE CLAIM FOR
      FEDERAL HABEAS CORPUS RELIEF                          2

CONCLUSION                                                  4

TABLE OF AUTHORITIES

CASES                                                                    PAGE

Greenholtz v. Inmates of Nebraska Penal
        (1979) 422 U.S. 1                                                  3


STATUTES

        Title 28 U.S.C.
                § 2254                                                     1

Maximiliano Rios, P-17702
Centinela State Prison
P.O. Box 931 - D3-126L
Imperial, CA 92251-0931


In Pro Se


## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| MAXIMILIANO RIOS,<br><br>                   Petitioner,<br><br>       v.<br><br>VICTOR M. ALMAGER, Warden,<br><br>                   Respondent. | Case No. 07 cv 2071-W (NLS)<br><br>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS THE PETITION<br><br>Hon. Nita L. Stormes<br>United States Magistrate Judge |


On October 24, 2007, Petitioner, MAXIMILIANO RIOS, proceeding pro se, filed a Petition for Writ of Habeas Corpus (hereinafter "Petition") pursuant to 28 U.S.C. § 2254, challenging the legality of a prison disciplinary hearing at Centinela State Prison in Imperial, California.

On February 28, 2008, the Court dismissed Petitioner's Petition without prejudice for failure to state a cognizable federal claim.

On April 25, 2008, Petitioner filed a First Amended Petition pursuant to the Court's order of February 28, 2008.

On May 8, 2008, the Honorable Nita L. Stormes, United States Magistrate Judge, to whom this action was assigned, ordered a response to the Petition.

-1-

On June 23, 2008, Respondent, by and through his attorney, filed a Motion to Dismiss the Petition.

Petitioner hereby submits this Opposition to Respondent's Motion to Dismiss the Petition. Petitioner does allege a cognizable claim for federal habeas corpus relief. Thus, Respondent should be ordered to answer the issues raised in the Petition.

I

## INTRODUCTION

For the purposes of this Opposition only, Petitioner adopts, in part, the Introduction as stated in Respondent's Motion to Dismiss the Petition. (Motion to Dismiss at p. 2). Additional facts relevant to the issues presented herein will be incorporated in the argument which follows.

II

## SUMMARY OF RELEVANT FACTS

For the purposes of this Opposition only, Petitioner adopts, in part, the Summary of Relevant Facts as stated in Respondent's Motion to Dismiss the Petition. (Motion to Dismiss at p. 2). Additional facts relevant to the issues presented herein will be incorporated in the argument which follows.

III

## ARGUMENT

### PETITIONER DOES ALLEGE A COGNIZABLE CLAIM FOR FEDERAL HABEAS CORPUS RELIEF

All prisoners potentially eligible for parole have a liberty interest of which they may not be deprived without due process, regardless of the particular statutory language that implements the parole system. At stake in the parole-release decision is a return to freedom, albeit conditional Freedom; liberty from bodily restraint is at the heart of the liberty protected by the Due

Process Clause.

When a state adopts a parole system that applies general standards of eligibility, prisoners justifiably expect that parole will be granted fairly and according to law whenever [those] standards are met.

As the United States Supreme Court has recognized, "The behavior of an inmate [during] confinement is critical in the sense that it reflects the degree to which the inmate is prepared to adjust to parole release." [Emphasis added]. (Greenholtz v. Inmates of Nebraska Penal (1979) 442 U.S. 1, 15).

Petitioner contends that any form of disciplinary action taken against him by prison officials, especially the type of disciplinary action being challenged in the instant case, for which he was unlawfully, illegally and improperly held responsible for an act he did [not] commit, has an extremely adverse impact upon his parole status. The disciplinary action taken in this case places certain restrictions on Petitioner, which effectively preclude him from various parole related activities and programs because of the existence of such disciplinary action. Thus, Petitioner's federal rights to due process and equal protection have been violated because he has been deprived of his constitutionally protected liberty interest in the expectation of parole and parole related activities and programs.

Accordingly, Petitioner must be granted relief.

///

///

///

///

///

## CONCLUSION

For the foregoing reasons, Petitioner respectfully requests that this Court deny the Motion to Dismiss the Petition and order Respondent to answer the claims raised in the Petition.

DATED: 7/23/08

Respectfully submitted,

*Maximiliano Rios*
Maximiliano Rios
Petitioner

In Pro Se

-4-

## DECLARATION OF SERVICE BY MAIL

**CASE NAME:** MAXIMILIANO RIOS v. VICTOR M. ALMAGER, Warden

**CASE NO.:** 07 cv 2071-W (NLS)

I am over 18 years of age, and a party tot he within action. My address is Post Office Box 931 - D3-126L, Imperial, California 92251-0931.

On 7/23/08 , I served a copy of the attached "Memorandum Of Points And Authorities In Support Of Opposition To Motion To Dismiss The Petition," on the below-named person by placing a true copy thereof in an envelope addressed as follows, with the postage thereon fully prepaid, and delivering the sealed envelope to the proper institution (prison) official for deposit in the United States Mail at Imperial, California:

OFFICE OF THE ATTORNEY GENERAL
Attn: Kathleen R. Frey, DAG
110 West A Street, Suite 1100
San Diego, California 92101

Executed under penalty of perjury under the laws of the State of California on 7/23/08 , at Centinela State Prison in Imperial, California, County of Imperial.

Maximiliano Rios
Maximiliano Rios
Declarant