# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIANO RIOS,<br><br>                Plaintiff,<br>v.<br><br>V.M. ALMAGER, Warden,<br><br>                Defendants. | Civil No.07cv2071 W (NLS)<br><br>**ORDER GRANTING MOTION FOR RELIEF AND VACATING ORDER TO SHOW CAUSE**<br><br>[Doc. No. 14] |

On May 8, 2008, this Court ordered Petitioner to file any opposition to a motion to dismiss by July 14, 2008. As of July 22, 2008, Petitioner had not filed an opposition. This Court then set an Order to Show Cause (OSC) for why the motion to dismiss should not be granted, and gave Petitioner the opportunity to oppose the OSC by filing a declaration no later than August 22, 2008. [Doc. No. 12.]

On July 23, 2008, Petitioner mailed a "Motion for Relief from Order" asking that the Court accept his late-filed opposition. It appears Petitioner's motion and the Court's Order setting the OSC crossed in the mail. The Court has reviewed the Motion for Relief from Order, and for good cause shown, **GRANTS** it. The Court also **VACATES** the Order to Show Cause. Petitioner need not submit anything further. The Court has now taken the motion to dismiss and the opposition under submission.

**IT IS SO ORDERED.**

DATED: July 31, 2008

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge