EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
JESSICA BLONIEN
Supervising Deputy Attorney General
KATHLEEN R. FREY, State Bar No. 249417
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-3034
 Fax: (619) 645-2581
 Email: Kathleen.Frey@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAXIMILIANO RIOS,**<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>**V. M. ALMAGER, Warden,**<br><br>　　　　　　　　　　Respondent. | CV 07-2071-W (NLS)<br><br>**OBJECTIONS TO REPORT AND RECOMMENDATION**<br><br>Judge:　The Honorable Nita L. Stormes |

### INTRODUCTION

On August 8, 2008, the magistrate judge issued a Report and Recommendation to partially deny and partially grant Respondent's Motion to Dismiss Maximiliano Rios' Petition for Writ of Habeas Corpus. Respondent objects to the portion of the Report and Recommendation, which recommends partially denying Respondent's Motion to Dismiss on the basis that the guilty finding for the prison rules violation might impact Petitioner's ability to be found suitable for parole. Because Petitioner is serving a determinate sentence, only time and his credits influence when he paroles and thus, the guilty finding for the rules violation will not affect Petitioner's

1  parole release date. Thus, the Petition must be dismissed for failure to state a cognizable claim
2  for federal habeas corpus relief.

3  **MEMORANDUM OF POINTS AND AUTHORITIES**

4  "The Board . . . has no discretion to grant or withhold parole to a prisoner who has served a
5  determinate term. The prisoner neither applies for nor has the right to reject release on parole."
6  *People v. Burgener*, 41 Cal. 3d 505, 529 n. 12 (1986), overruled on other grounds in *People v.*
7  *Reyes*, 19 Cal. 4th 743 (1998); *see also Terhune v. Superior Court*, 65 Cal. App. 4th 864 (1998);
8  *McCarthy v. Superior Court*, 191 Cal. App. 3d 1023 (1987). The statutory provisions governing
9  suitability hearings do not apply to prisoners serving determinate sentences. *See* Cal. Penal Code
10 § 3041(a) (2008) (provision applicable "[i]n the case of any inmate sentenced pursuant to any
11 provision of law other than Chapter 4.5 (commencing with Section 1170) of Title 7 of Part 2.")
12     Here, Petitioner is serving a determinate term of 23 years in prison, and thus, will not
13 receive a parole suitability hearing. Thus, the magistrate judge erroneously concluded that
14 Petitioner's challenge to his prison rule violation presents a cognizable claim for federal habeas
15 corpus relief based on the premise that the guilty finding may affect the Board of Parole
16 Hearing's (Board) decision regarding Petitioner's suitability for parole. As the magistrate
17 judge's partial denial of the Motion to Dismiss relies entirely on the incorrect finding that
18 Petitioner's disciplinary violation might impact the Board's suitability finding, the Petition must
19 be dismissed for failure to state a cognizable claim for federal habeas corpus relief.
20 //
21 //
22 //

# CONCLUSION

For the foregoing reasons, Respondent objects to the Report and maintains all arguments contained in his June 23, 2008 Motion to Dismiss.

Dated: August 28, 2008

    Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

JESSICA BLONIEN
Supervising Deputy Attorney General


s/Kathleen R. Frey


KATHLEEN R. FREY
Deputy Attorney General
Attorneys for Respondent

70133130.wpd
SD2008600822

OBJECTIONS TO REPORT AND RECOMMENDATION     Case No. CV 07-2071-W (NLS)

3

1

2  **CERTIFICATE OF SERVICE BY U.S. MAIL**

3

4  Case Name:    **Rios v. Almager**

5  Case No.:     **CV 07-2071-W (NLS)**

6  I declare:

7  I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

11  On <u>August 28, 2008</u>, I served the following documents:

12  **OBJECTIONS TO REPORT AND RECOMMENDATION**

13  by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

15  **Manual Notice List**
The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

17

**Maximiliano Rios**
18  **CDC # P-17702**
**Centinela State Prison**
19  **P.O. Box 931**
**Imperial, CA 92251-0731**
20
In Pro Per
21

22  I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 28, 2008, at San Diego, California.
23

24         M. Torres-Lopez                              /s/ [signature]
25         ─────────────────                            ─────────────────
              Declarant                                    Signature

26  SD2008600822
    70134960.wpd
27

28